UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2021
```

Fernandez Penaloza

      Plaintiff,

 -v-

Kimberly Hotel, Inc.,

      Defendants.

21-cv-6557 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  A conference in this matter is scheduled for Friday, October 22, 2021 at 3:30 PM. The conference may be accessed at that time by dialing (888) 363-4749 and entering access code 9196964#. All persons accessing the proceeding must mute their lines unless given permission to unmute. Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited. Violations of this order can result in fines or other sanctions.

SO ORDERED.

Dated: October 21, 2021
   New York, New York

             ALISON J. NATHAN
            United States District Judge