USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARCI FERNANDEZ PENALOZA, on
behalf of herself and those similarly situated,

Case No. 21-cv-06557 (AJN)

Plaintiffs,

-against-

KIMBERLY HOTEL INC.,

**STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL
WITH PREJUDICE**

Defendant.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or

their respective counsel that the above-captioned action is dismissed with prejudice in its

entirety, each party to bear their own attorney's fees and costs, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii).

Dated: New York, New York

January 24 , 2021

Lewis Brisbois Bisgaard & Smith LLP

By: _____
Jeffrey Spiegel, Esq.
Stephanie Steinberg, Esq.
77 Water Street, Suite 2100
New York, NY 10005
Telephone: (212) 232-1300
Jeffrey.spiegel@lewisbrisbois.com
*Attorneys for Defendant*

Hach Rose Schirripa & Cheverie LLP

By: _____
Frank R. Schirripa, Esq.
Kathryn A. Hettler, Esq.
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: (212) 213-8311
fschirripa@hrsclaw.com
*Attorneys for Plaintiff*

SO ORDERED:

Dated: January 25, 2022

_____
Honorable Alison J. Nathan
United States District Judge

4834-7841-8427.1